IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| The Guardian Insurance<br>& Annuity Company, Inc.<br>7 Hanover Square<br>New York, NY 10004-2616<br><br>Plaintiff<br><br>v.<br><br>Sandra C. Brock<br>27 Brook Circle<br>Glenmoore, PA 19343-1204<br><br>and<br><br>Linda M. Hohl<br>1203 Lexington Way<br>Morgantown, PA 19543-9734 | Civil Action<br><br>No. 02CV4706<br><br><br>FILED  OCT 2 2 2002 |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

    Please enter the appearance of Bruce W. Laverty, Esquire and Jay G. Fischer, Esquire in the above caption case on behalf of Defendant, Sandra C. Brock.

_____
Bruce W. Laverty, Esquire
I.D. #68035
Jay G. Fischer, Esquire
I.D. #26192
**VALOCCHI, FISCHER & LAVERTY, LLC**
342 E. Lancaster Avenue
Downingtown, PA 19335
610-269-0900