IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| The Guardian Insurance<br>& Annuity Company, Inc.<br>7 Hanover Square<br>New York, NY 10004-2616 | :<br>:<br>:<br>: Civil Action<br>: |
| Plaintiff | : No. 02CV4706 |
| v. | : |
| Sandra C. Brock<br>27 Brook Circle<br>Glenmoore, PA 19343-1204<br>and | :<br>: FILED OCT 2 2 2002<br>:<br>: |
| Linda M. Hohl<br>1203 Lexington Way<br>Morgantown, PA 19543-9734 | :<br>:<br>: |

**CERTIFICATE OF SERVICE**

Bruce W. Laverty, Esquire, attorney for Defendant, Sandra C. Brock, hereby certifies that a true and correct copy of the Defendant's Entry of Appearance was served upon the following persons on October 21, 2002 in the manner specified:

By first class mail, postage pre-paid to:

Steven Manilott, Esquire
**Montgomery, McCracken,
Walker & Rhoads, LLP**
123 South Broad Street
Philadelphia, PA 19109
(215) 772-1500

John K. Costalas, Esquire
**Law Offices of John K. Costalas**
2558 West Chester Pike, Suite 100
Broomall, PA 19008
(610) 359-9033

By: _____
BRUCE W. LAVERTY, ESQUIRE
Attorney for Defendant, Sandra C. Brock