```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| The Guardian Insurance and<br>Annuity Co.<br>      Plaintiff | :<br>:<br>:<br>: | Civil Action Number<br>02-4706 |
| vs. | : | |
| Sandra Brock<br>and<br>Linda M. Hohl<br>      Defendants | :<br>:<br>:<br>:<br>: | |

SCHEDULING ORDER

AND NOW, this ____ day of October, 2002, following a telephonic status conference in the above case, IT IS HEREBY ORDERED that:

1. All discovery shall proceed forthwith and continue in such manner as will assure that all requests for, and responses to, discovery will be served, noticed and completed by January 31, 2003.

2. Plaintiff and cross-claim plaintiff shall serve reports of liability expert witnesses and/or respond to expert witness discovery relating to liability at least thirty (30) days before completion of discovery. Plaintiff and cross-claim plaintiff shall serve reports of expert witnesses on damages and/or respond to expert witness discovery relating to damages at least fifteen (15) days before the date for completion of discovery.