```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| The Guardian Insurance and Annuity Co. | : | |
| Plaintiff | : | Civil Action Number 02-4706 |
| | : | |
| vs. | : | |
| | : | |
| Sandra Brock and Linda M. Hohl | : | |
| Defendants | : | |
| | : | |

<u>ORDER</u>

AND NOW, this ____ day of January 2003, upon consideration of the defendant, Linda M. Hohl's request for Entry of Judgment by Default against the defendant Sandra C. Brock (Docket #9) and the Defendant Sandra Brock's Answer and Response to Linda M. Hohl's Request for Judgment by Default, IT IS HEREBY ORDERED that Ms. Hohl's request for entry of judgment by default is DENIED because Ms. Brock has answered and filed a counter-claim, and is thus not in default at this time.

BY THE COURT:

_____
MARY A. McLAUGHLIN, J.