IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| The Guardian Insurance and Annuity Co.<br>    Plaintiff<br><br>vs.<br><br>Sandra Brock<br>and<br>Linda M. Hohl<br>    Defendants | Civil Action Number<br>02-4706 |

ORDER

AND NOW, this \_\_\_\_ day of March 2003, after a conference with counsel for the parties on March 17, 2003, IT IS HEREBY ORDERED that Count II of the counter-claim filed by Ms. Brock against Ms. Hohl, relating to a check drawn on H. David Brock's checking account on February 16, 2003, is dismissed because this Court does not have subject matter jurisdiction over that claim.  An exercise of supplemental jurisdiction would be inappropriate because Count II does not share a common nucleus of operative fact with the interpleader claims, which are the basis for this Court's jurisdiction over the case.

BY THE COURT:


_____
MARY A. McLAUGHLIN, J.